JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND, CONTRACT COMPLIANCE FUND, NATIONAL ELECTRICAL INDUSTRY FUND, ADMINISTRATIVE MAINTENANCE FUND, and THE LOS ANGELES ELECTRICAL WORKERS CREDIT UNION,<br><br>           Plaintiffs,<br>     v.<br><br>VAST ELECTRIC, INC., a California corporation,<br><br>           Defendant. | CASE NO.: 2:15-cv-05523-DSF-RAO<br><br>ASSIGNED TO THE HONORABLE DALE S. FISCHER<br><br> **JUDGMENT** |

- 1 -

[PROPOSED] JUDGMENT

[Proposed] Judgment.doc

This action having been commenced on July 21, 2015, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs, and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that: Plaintiffs TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND, CONTRACT COMPLIANCE FUND, NATIONAL ELECTRICAL INDUSTRY FUND, ADMINISTRATIVE MAINTENANCE FUND, and THE LOS ANGELES ELECTRICAL WORKERS CREDIT UNION shall recover from defendant VAST ELECTRIC, INC., a California corporation, the principal amount of $39,370.49, plus pre-judgment and post-judgment interest thereon at the rate of eight percent (8%) per annum accruing from August 1, 2016, until the judgment is paid in full.

8/17/16

Dated: _____      _____

UNITED STATES DISTRICT JUDGE

- 2 -
[PROPOSED] JUDGMENT
[Proposed] Judgment.doc